FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 23  AM 11: 44

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| BISSO TOWBOAT COMPANY, INC. | * | CIVIL ACTION |
| VERSUS | * | NUMBER  05-568 |
| DEEP SEA MARINE PRODUCTS | * | SECTION "L" (1) |

## ORDER

Considering that the Defendant does not oppose the motion and finding that the motion has a basis in law and fact, IT IS ORDERED that the Plaintiff's Motion for Summary Judgment (Rec. Doc. 9) is GRANTED.  Accordingly, the Defendant's lien filed against the M/V MARY S is EXTINGUISHED and UNENFORCABLE against the cash bond posted by the Plaintiff.

IT IS FURTHER ORDERED that the Plaintiff's cash bond be released.

New Orleans, Louisiana, this __21st__ day of __February__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

-1-